MELINDA HAAG (SBN 132612)
United States Attorney
JOANN M. SWANSON (SBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (SBN 154364)
Assistant United States Attorney

    150 Almaden Blvd, Suite 900
    San Jose, California 95112
    Telephone:   (408) 535-5082
    Facsimile:    (408) 535-5081
    Email:    claire.cormier@usdoj.gov

Attorneys for Federal Defendants
Melissa Brown Sladden and Kalpana Sundaram

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| E.K. WADE, | ) | No. C-10-04929 CW |
| | ) | |
| Plaintiff, | ) | |
| | ) | Hon. Claudia Wilken |
| v. | ) | |
| | ) | |
| MELISSA BROWN SLADDEN, in her Individual and Official capacity; KALPANA SUNDARAM, in her Individual and Official capacity; WILLIAM H. ALSUP, in his Individual and Official capacity, and DOES 1-3; | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants | ) ) | |

    Pursuant to the motion of defendants Melissa Brown Sladden and Kalpana Sundaram and good cause appearing, IT IS HEREBY ORDERED that the case management conference currently scheduled for February 1, 2011 is VACATED.  Other case management dates and deadlines, including the date for the filing of a joint case management statement are also vacated. The Court will set a new schedule, if necessary, after the hearing on the defendants' pending motion to dismiss.

DATED:  __1/14/2011_____          _____
                                                        CLAUDIA WILKEN
                                                        United States District Court Judge